# EXHIBITS



### 19 year old girl asked to wear a wire on Pimpin Ken, by Keko the snitch.

Pimpin Ken · 163,528 views

632   135

Exhibit (A)