



## Pimpin Ken Ivy totally destroys Rayon Payne

TooRealForTV · 40,647 views

👍 250  👎 20

Exhibit (5)