🔒 youtube.com  



The Best Podcast Ever! Junior the rat attempts to set Pimpin Ken up and I have the call to prove it.

TooRealForTV · 21,367 views

👍 57   👎 5                                    +  ↗  ⚑

EXHIBIT (C)