

Pimp Snooky Calls Rayon Payne aka Keko Mardi A Rat & A Snitch 09/16/2016

G Gov · 29,581 views

195    8

Exhibit (9)