



# Folksalert Owner Rayon Keko Payne Convicted Of A Sex Crime

keko mardi · 483 views

  

EXHIBIT (E)