



EXHIBIT (F)