IMG_0565.jpg



 You anonymously reported gotfolks for spam.

 **We have taken gotfolks's account down.**

Thanks for reporting this account. We've removed it from Instagram because it violated our Community Guidelines. Your feedback is important in helping us keep the Instagram community safe.



EXHIBIT (G)