UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYON PAYNE,

    Plaintiff,

v.                                       Case No: 6:18-cv-3-Orl-18KRS

KENNETH IVY, WARREN K.
BARCONIA, AKUA EDU BURNS,
BRIAN DINGLE, ASHLEY M.
GERMON and JOHN & JANE DOE'S
(1-50),

    **Defendants.**

## ORDER

This case was referred to the United States Magistrate Judge for a report and recommendation on Plaintiff Rayon Payne's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 7). After review of the Amended Report and Recommendation entered on January 22, 2018 (Doc. 8), and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Karla R. Spaulding's Amended Report and Recommendation (Doc. 8) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Rayon Payne's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 7) is **DENIED**.

3. Plaintiff Rayon Payne's Amended Complaint (Doc. 6) is **DISMISSED** without leave to amend.

4. The Clerk of court is directed to **TERMINATE** all pending motions and to subsequently **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this ___1___ day of _March_, 2018.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Unrepresented Parties